**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

FALICIA BANKS,

     Plaintiff,

v.                                                                          CASE NO.:  9:17-cv-81248-RLR

STUDENT ASSISTANCE CORPORATION,

     Defendant.

_____./

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

     **COMES NOW** the Plaintiff, FALICIA BANKS, and the Defendant, STUDENT

ASSISTANCE CORPORATION, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their

undersigned counsel, hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by

Plaintiff against the Defendant, in the above styled action, with Plaintiff and Defendant to bear their own

attorney's fees, costs and expenses.

     By:

| | |
|---|---|
| /s/ *Amanda J. Allen, Esq.* | /s/ *Michael P. Schuette, Esq.* |
| **Amanda J. Allen, Esquire** | **Michael P. Schuette, Esquire** |
| Florida Bar No. 98228 | Florida Bar No. 0106181 |
| Amanda@TheConsumerProtectionFirm.com | mschuette@sessions.legal |
| The Consumer Protection Firm, PLLC | Sessions, Fishman, Nathan & Israel, L.L.C. |
| 4030 Henderson Blvd. | 3350 Buschwood Park Drive, Suite 195 |
| Tampa, FL 33629 | Tampa, FL 33618 |
| Tele: (813) 500-1500 | Tele: (813) 890-2472 |
| Fax: (813) 435-2369 | Fax: (866) 466-3140 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on June 19, 2018, a copy of the foregoing document was served on all counsel of record via CM/ECF.

                                                *s/Amanda J. Allen, Esq.*
                                                **Amanda J. Allen, Esquire**
                                                Florida Bar No. 98228
                                                Amanda@TheConsumerProtectionFirm.com
                                                Shenia@TheConsumerProtectionFirm.com
                                                THE CONSUMER PROTECTION FIRM, PLLC
                                                4030 Henderson Blvd.
                                                Tampa, FL 33629
                                                Tele:  (813) 500-1500
                                                Fax:  (813) 435-2369
                                                ***Attorney for Plaintiff***